UNITED STATES DISTRICT COURT

EATERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VENTURE GLOBAL GATOR EXPRESS, LLC | CIVIL ACTION NO. |
| VERSUS | |
| A PIPELINE SERVITUDE ACROSS A PARCEL OF PROPERTY SITUATED IN SECTION 45, TOWNSHIP 17 SOUTH, RANGE 25 EAST, PLAQUEMINES PARISH, LOUISIANA; CAPTAIN ZACH'S MYRTLE GROVE PROPERTIES, LLC and ESP LOUISIANA OPPORTUNITIES, LLC | JUDGE: <br><br> MAGISTRATE JUDGE: |

**CORPORATE DISCLOSURE STATEMENT
OF VENTURE GLOBAL GATOR EXPRESS, LLC**

Pursuant to F.R.C.P. 7.1, Venture Global Gator Express, LLC ("Gator Express") submits the following corporate disclosure statement. Gator Express is a wholly owned subsidiary of Venture Global LNG, Inc. No publicly held corporation owns ten percent (10%) or more of the stock of Venture Global LNG, Inc.

22158678_1

Respectfully Submitted:

/s/ Troy J. Charpentier
Troy J. Charpentier (#20745)
troy.charpentier@keanmiller.com
**KEAN MILLER LLP**
II City Plaza, Suite 700
400 Convention Street
Post Office Box 3513
Baton Rouge, Louisiana  70802
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

*Attorneys for Venture Global Gator Express, LLC*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

Baton Rouge, Louisiana, this  13th  day of October, 2020.

/s/ Troy J. Charpentier
Troy J. Charpentier